No. 62640.—W. T. Grant Co. et al. *v.* United States, protests 301141–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the merchandise entered, or withdrawn from warehouse for consumption, prior to September 10, 1955, was held dutiable at 25 percent under paragraph 1537 (b) and that entered, or withdrawn for consumption, on or after September 10, 1955, was held dutiable at 12½ percent under said paragraph, as modified, *supra*, as claimed.

No. 62641.—National Carloading Corporation *v.* United States, protests 58/4904–9799 and 58/4890–9751 (Chicago).

Opinion by OLIVER, C. J.   The protests were dismissed.

No. 62642.—Richter Bros., Inc. *v.* United States, protests 58/8977, etc.   (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (45 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.